UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GBI HOLDING CO.,<br><br>                       Plaintiff,<br><br>  v.<br><br>CITY OF CHELAN,<br><br>                       Defendant. | NO:  12-CV-0089-TOR<br><br>ORDER OF DISMISAL WITH PREJUDICE |

     BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 43).  Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs or attorney's fees to either party.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  **IT IS HEREBY ORDERED**:

2  Pursuant to the parties' Stipulation of Dismissal (ECF No. 43), all claims

3  and causes of action in this matter are **DISMISSED** with prejudice and without

4  costs or fees to either party.

5  The District Court Executive is hereby directed to enter this Order, furnish

6  copies to counsel, and **CLOSE** the file.

7  **DATED** February 6, 2014.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2